Craig S. Dunlap (Nevada Bar No. 4974)
FENNEMORE CRAIG JONES VARGAS
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cdunlap@fclaw.com

*Attorneys for Plaintiffs*
*Meritage Homes Corporation and*
*Meritage Homes of Nevada, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Meritage Homes Corporation; and Meritage Homes of Nevada, Inc.,<br><br>       Plaintiffs,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>       Defendant. | Case No.: 2:12-cv-01464-MMD-CWH<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL AND ORDER** |

It is hereby stipulated and agreed that the law firm of Fennemore Craig, P.C., by and through Craig S. Dunlap, be substituted in place of Vorys, Sater, Seymour and Pease LLP, by and through Reginald W. Jackson and Tiffany Strelow Cobb, as attorneys for Plaintiffs Meritage Homes Corporation and Meritage Homes of Nevada, Inc.

DATED this 9 day of January, 2013.

FENNEMORE CRAIG JONES VARGAS

By _____
Craig S. Dunlap

*Substituting Attorneys for Plaintiffs*
*Meritage Homes Corporation and*
*Meritage Homes of Nevada, Inc.*

7839438

VORYS, SATER, SEYMOUR AND PEASE LLP

By /s/ Reginald W. Jackson (with permission)
Reginald W. Jackson (Ohio Bar No. 0022885)
52 East Gay Street/P.O. Box 1008
Columbus, Ohio 43215
Telephone: (614) 464-5621
Facsimile: (614) 719-4778
Email: rwjackson@vorys.com

By /s/ Tiffany Strelow Cobb (with permission)
Tiffany Strelow Cobb (Ohio Bar No. 0067516)
52 East Gay Street/P.O. Box 1008
Columbus, Ohio 43215
Telephone: (614) 464-5621
Facsimile: (614) 719-4778
Email: tscobb@vorys.com

*Withdrawing Attorneys for Plaintiffs Meritage Homes Corporation and Meritage Homes of Nevada, Inc.*

## CONSENT

Plaintiffs Meritage Homes Corporation and Meritage Homes of Nevada, Inc. have read the foregoing Stipulation for Substitution of Counsel, understand the change in counsel that will be effected thereby, and agree that the Court may enter such Substitution.

MERITAGE HOMES CORPORATION

By: _____
Its: V.P. - Litigation Counsel

MERITAGE HOMES OF NEVADA, INC.

By: _____
Its: V.P. - Litigation Counsel

## ORDER

The above substitution of attorney is hereby approved and so ORDERED.

DATED: January 10, 2013

_____
UNITED STATES MAGISTRATE JUDGE

7839438

...

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2013, I electronically transmitted the foregoing **Stipulation for Substitution of Counsel** to the Clerk's Office using the CM/ECF system for filing and service via transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert M. Charles, Jr.
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Email: rcharles@LRLaw.com
Counsel for JPMorgan Chase Bank, N.A.

/s/ *[signature]*
An employee of Fennemore Craig Jones Vargas

FENNEMORE CRAIG JONES VARGAS
LAS VEGAS

7839438

- 4 -