UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MERITAGE HOMES CORPORATION
and MERITAGE HOMES OF NEVADA,
INC.,

       Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.,

       Defendant.

2:12-CV-01464-PMP-CWH

ORDER

       IT IS ORDERED that the parties shall file a joint status report on or before August 6, 2013.

DATED: July 8, 2013

_____
PHILIP M. PRO
United States District Judge